# MEMORANDUM DECISIONS

ABRAHAMS v. BERKOWITZ et al. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Jacob Abrahams against Davis Berkowitz and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 146.App. Div. 563, 131 N. Y. Supp. 257.

ACKLEY v. HOADLEY et al. (Supreme Court, Appellate Division, ·First Department. October 18, 1912.) Action by Charles S. Ackley against Joseph H. Hoadley, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ADAMS, Appellant, v. ADAMS, Respondent. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by William E. Adams against Sarah Adams. Andrew J. Smith, of New York City, for appellant. H. Wintner, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ADAMS, Respondent, v. QUEENS COUNTY SAVINGS BANK, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1912.) Action by Katie Adams against the Queens County Savings Bank.
PER CURIAM. Judgment and order of the County Court of Queens County affirmed, with costs.
THOMAS, J., dissents.

ADLER, Respondent, v. ADLER, Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Dorothea D. Adler against Eugene Adler. J. R. Truesdale, of New York City, for appellant. M. Fishel, of New York City, for respondent. No opinion. Order modified, as stated in order filed, and, as modified, affirmed, without costs. Order filed.

ALDRICH v. BORDEN'S CONDENSED MILK CO. et al. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Bertram L. Aldrich against Borden's Condensed Milk Company and another. No opinion. Judgment and order unanimously affirmed, with costs.

ALLEN, Appellant, v. GUARDIAN TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Action by James F. Allen against the Guardian Trust Company. J. J. Crawford, of New York City, for appellant. W. A. Barber, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

ALTHAUSE, Respondent, v. GIROUX CONSOL. MINES CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Action by Walter Althause against the Giroux Consolidated Mines Company. With this case has been consolidated in this court cases bearing titles as follows: Walter Althause v. Guy E. Giroux; Same v. Giroux Consol. Mines Co.; Same v. Guy E. Giroux; Same v. Giroux Consol. Mines Co.; Same v. Guy E. Giroux. H. V. M. Dennis, Jr., of New York City, for appellant. J. A. Allen, of Buffalo, for respondent. No opinions. Determination and judgment affirmed, with costs and disbursements in each case. Orders filed. See, also, 150 App. Div. 580, 135 N. Y. Supp. 500.

ANDERSON, Respondent, v. CONZEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Robert W. Anderson against Fred J. Conzen and others.
PER CURIAM. Judgment and order affirmed, with costs.
JENKS, P. J., and RICH, J., dissent.

In re ANHUT. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) In the matter of the application of John Nicholson Anhut for admission to the bar. No opinion. Application granted.

ARKENBURGH, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Oliver M. Arkenburgh against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

ARNDT, Respondent, v. PRENDERGAST, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Abraham Arndt against William A. Prendergast, impleaded with others. A. J. Talley, of New York City, for appellant. A. S. Gilbert, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Motion to dismiss appeal denied, with $10 costs. Orders filed.

ARRINGTON, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Ralley Arrington against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

ASSETS REALIZATION CO., Appellant, v. HOWARD et al., Respondents. (Supreme